IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENNETT LEVIN,<br><br>                    Plaintiffs,<br><br>     v.<br>LINDA SILVERBERG<br> and ROBERT SILVERBERG,<br><br>                    Defendants. | CIVIL ACTION<br>NO. 24-cv-04898 |

## ORDER

**AND NOW**, this 23th day of October 2024, in accordance with the Opinion of the Court filed this day, it is **ORDERED** that this case is remanded to the Court of Common Pleas of Montgomery County, Pennsylvania.  The Clerk of Court shall close the above-captioned case.

                              BY THE COURT:

                              /s/ Joel H. Slomsky, J.
                              JOEL H. SLOMSKY, J.