IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENNETT LEVIN,<br><br>               Plaintiff,<br><br>  v.<br>LINDA SILVERBERG<br>and ROBERT SILVERBERG,<br><br>               Defendants. | CIVIL ACTION<br>NO. 24-cv-4898 |

# ORDER

**AND NOW**, this 3rd day of December, 2024, upon consideration of Defendants' Motion for Reconsideration (Doc. No. 9) of the Opinion and Order remanding the above-captioned case to the Court of Common Pleas of Montgomery County, Pennsylvania (Doc. Nos. 7, 8), Plaintiff's Response in Opposition (Doc. No. 10), and Defendants' Reply (Doc. No. 11), it is **ORDERED** that the Motion for Reconsideration (Doc. No. 9) is **DENIED**. It is further ordered that Defendants' Motion to Amend their Notice of Removal, which is part of their Reply in Further Support of their Motion for Reconsideration (Doc. No. 11), is also **DENIED**. The Clerk of Court shall remand this case to the Court of Common Pleas of Montgomery County, Pennsylvania.

                                                BY THE COURT:

                                                /s/ Joel H. Slomsky, J.
                                                JOEL H. SLOMSKY, J.

1